IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PASTEL CARTEL LLC,<br>    *Plaintiff*<br><br>-vs-<br><br>U.S. FOOD AND DRUG ADMINISTRATION, ROBERT M. CALIFF, M.D., COMMISSIONER OF FOOD AND DRUGS IN HIS OFFICIAL CAPACITY; AND U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, XAVIER BECERRA, SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES IN HIS OFFICIAL CAPACITY;<br>    *Defendants* | §§§§§§§§§§§§§§§§§§ | A-23-CV-01010-DII |

**ORDER OF CASE REASSIGNMENT**

IT IS ORDERED that the above-styled and numbered cause is REASSIGNED to the docket of the Honorable David A. Ezra, United States District Judge for the Western District of Texas, for all purposes.

SIGNED this the 21st day of September 2023.

                                                    ROBERT PITMAN
                                                    UNITED STATES DISTRICT JUDGE